■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAMON PIMENTAL, Also Known as RAYMOND RODRIGUEZ, Appellant. [639 NYS2d 740]

The complainant was robbed at gunpoint in her home. Approximately one month after the crime, the complainant identified the defendant in a lineup as the perpetrator.

The defendant's challenge to the legal sufficiency of the evidence is unpreserved for appellate review *(see,* CPL 470.05 [2]; *People v Gray,* 86 NY2d 10, 19). In any event, viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt on all counts beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence *(see,* CPL 470.15 [5]).

The defendant's sentence is not excessive *(see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contention is without merit. Balletta, J. P., Sullivan, Joy and Krausman, JJ., concur.